AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

_____WESTERN DISTRICT OF NEW YORK_____

### JUDGMENT IN A CIVIL CASE
CASE NUMBER: 06-CV-6290

| | |
|---|---|
| **CFCU COMMUNITY CREDIT UNION,** | **Appellant,** |
| v. | |
| **JERALD JOHN HAYWARD, II and LOIS EVELYN HAYWARD** | **Appellee,** |
| **PETER SCRIBNER,** | **Chapter 7 Trustee.** |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Decision and Order, dated May 25, 2006 and signed by Hon. John C. Ninfo, II, Chief U. S. Bankruptcy Judge, is affirmed.

Date: September 19, 2007

RODNEY C. EARLY, CLERK

_____s/Rosemarie M. Eby_____
By: ROSEMARIE M. EBY
      Deputy Clerk